**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OCT 23 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-30236-DRH |
| | ) | |
| MELISSA CHARLTON, | ) | Title 18 United States Code, |
| | ) | Section 1029(a)(2), 1028A |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Access Device Fraud)

On or about January 20 2013, through on or about January 21, 2013 in St. Clair County, Illinois, St. Clair County, Illinois and elsewhere within the Southern District of Illinois and elsewhere,

**MELISSA CHARLTON,**

defendant herein, knowingly and with intent to defraud, used the Social Security Number and Date of Birth of victim "A" to obtain and then utilize one (1) fraudulent credit card and by such conduct, on or about January 20, 2013, through on or about January 21, 2013, obtained things of value in excess of $1,000, said use affecting interstate commerce; all in violation of Title 18, United States Code, Section 1029(a)(2) and (c)(1)(A)(i).

## COUNT 2
### (Aggravated Identity Theft)

On or about January 20 2013, through on or about January 21, 2013 in St. Clair County, Illinois, St. Clair County, Illinois and elsewhere within the Southern District of Illinois and elsewhere,

**MELISSA CHARLTON,**

defendant did knowingly possess and use, without lawful authority, a means of identification of another person (Victim "A") including the social security number and date of birth, during and in relation to the crime of Access Device Fraud in violation of 18 U.S.C. Section 1029(a)(2), as charged in Count 1 of this Indictment, all in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4).

_____
STUART ZANDER
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $10,000 Unsecured